# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JUAN RAMON RICO-ELVIRA,<br><br>　　　　　　　Defendant. | CASE NO. 14-cr-00707-CAB<br><br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____　the Court has dismissed the case for unnecessary delay; or

____　the Court has granted the motion of the Government for dismissal, without prejudice; or

____　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

__X__　of the offense(s) as charged in the Indictment/Information:

　　　8:1326(a)and(b) - Attempted Reentry of Removed Alien (Felony)(1)

---

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/16/14

　　　　　　　　　　　　　　　　Karen S. Crawford
　　　　　　　　　　　　　　　　U.S. Magistrate Judge

FILED
APR 1 6 2014